BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVID-19 Airfare Refund Litigation | MDL No. 2957 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 1, 2020 copies of the foregoing Notice of Appearance were served on all parties electronically via the JPML CM/ECF system, which will provide electronic service notification to all counsel of record registered as CM/ECF users.

Dated: July 1, 2020

Respectfully submitted,

By:  /s/ Annick M. Persinger
Annick M. Persinger
TYCKO AND ZAVAREEI LLP
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
(510) 254-6808
(202) 973-0950
apersinger@tzlegal.com

*Attorney for Plaintiff Feliks Obertman*